```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 03400
    GREGORY T PORTER
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-2191


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 02/27/07 and confirmed on 07/17/07.

    2.  The case was dismissed after confirmation, 10/05/2007.

    3.  The Debtor paid a total of $   7220.00 .

    4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | 5323.36 | .00 | 5323.36 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 3004.72 | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 15024.66 | .00 | 1149.24 |
| ECONOMY FURNITURE | SECURED | 500.00 | .00 | 45.00 |
| WACHOVIA DEALER SERVICES | SECURED VEHIC | 6502.01 | .00 | 430.35 |
| WILL COUNTY TREASURER | SECURED | 50.00 | .00 | 50.00 |
| WELLS FARGO BANK | UNSECURED | 5936.30 | .00 | .00 |
| ALLIED ANESTHESIA | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN BONDED ATTORNEY | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN GENERAL FINANCE | SPECIAL CLASS | 3650.61 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 578.68 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 2539.03 | .00 | .00 |
| ASC | UNSECURED | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 508.47 | .00 | .00 |
| COMMUNITY ORTHOPEDICS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 455.10 | .00 | .00 |
| CREDITORS DISCOUNT & AUD | UNSECURED | 2783.90 | .00 | .00 |
| DIRECT TV | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HEALTH SEVICES SYSTEMS I | UNSECURED | NOT FILED | .00 | .00 |
| HEARTLAND CARDIOVASCULAR | UNSECURED | NOT FILED | .00 | .00 |
| HINSDALE ORTHOPAEDIC ASS | UNSECURED | NOT FILED | .00 | .00 |
| OHN PARK | UNSECURED | 3928.85 | .00 | .00 |
| ILLINOIS TITLE LOANS | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL RECOVERY SPECIAL | UNSECURED | NOT FILED | .00 | .00 |

```
NICOR GAS                     UNSECURED       NOT FILED           .00          .00
OPTIMA MEDICAL ASSOCIATE      UNSECURED       NOT FILED           .00          .00
PRAIRIE EMERGENCY SERVIC      UNSECURED       NOT FILED           .00          .00
PROVENA ST JOSEPH MEDICA      UNSECURED       NOT FILED           .00          .00
RUHAN S OZGEN MD              UNSECURED       NOT FILED           .00          .00
SILVER CROSS HOSPITAL         UNSECURED       NOT FILED           .00          .00
T MOBILE USA                  UNSECURED         194.76            .00          .00
PAYDAY LOAN STORE OF IL       UNSECURED        1074.00            .00          .00
ALL CREDIT LENDERS            UNSECURED       NOT FILED           .00          .00
     Summary of disbursements:
----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  30404.75          .00     21649.70         .00     52054.45
PRINCIPAL PAID       6997.95          .00          .00         .00      6997.95
INTEREST PAID            .00          .00          .00         .00          .00
TOTAL PAID           6997.95          .00          .00         .00      6997.95
```

The Debtor's attorney, TIMOTHY K LIOU            , was allowed $   3000.00
and was paid $   1805.00   direct and $      .00   through the plan.

The Trustee received $     222.05 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


       Dated: 01/15/07                /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
              CASE NO. 07 B 03400 GREGORY T PORTER